UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PHILIP DALLMANN,

          Defendant.

**Order of Continuance**

**22 Mag. 8465**

Upon the application of the United States of America and the affirmation of Jane Chong, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violating Title 18 United States Code, Sections 1343 (wire fraud), 1029(a)(5) (unauthorized use of access device), and 1028A (aggravated identity theft), in a complaint dated October 21, 2022 and was arrested on October 25, 2022;

It is further found that the defendant was presented remotely before Magistrate Judge Robert W. Lehrburger on October 26, 2022, and was released on bond;

It is further found that Martin Cohen, Esq., counsel for the defendant, has been engaged in, and is continuing, discussions concerning a possible disposition of this case with Assistant United States Attorney Jane Chong;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

1

2

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until December 26, 2022, and that a copy of this Order and the affirmation of Assistant United States Attorney Jane Chong be served by email on defense counsel by the United States Attorney's Office.

Dated: New York, New York
November 28, 2022

_____
United States Magistrate Judge
Southern District of New York